Same case below, 63 So. 3d 772.

No. 11-5965. Carl Johnson, Petitioner v. Richard Brown, Superintendent, Wabash Valley Correctional Facility.

565 U.S. 981, 132 S. Ct. 504, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7793.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-5967. Kenneth Wayne Dollery, Petitioner v. Texas.

565 U.S. 981, 132 S. Ct. 504, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7802.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

No. 11-5969. Cynthia Lynn Wallace, Petitioner v. Kentucky.

565 U.S. 981, 132 S. Ct. 504, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7729.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

No. 11-5971. Chauncey Williams, Petitioner v. Virginia, et al.

565 U.S. 981, 132 S. Ct. 504, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7799.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 11-5974. Jerry Law, Petitioner v. J. Tim Ochoa, Warden.

565 U.S. 981, 132 S. Ct. 504, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7786.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5983. James Belcher, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 981, 132 S. Ct. 543, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7888.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 692.

No. 11-5989. Jack Van de Viver, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.

565 U.S. 981, 132 S. Ct. 504, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7749.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-5993. Anthony L. Marlar, Petitioner v. Timothy Riley, Warden.

565 U.S. 982, 132 S. Ct. 504, 181 L. Ed. 2d 355, 2011 U.S. LEXIS 7753.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 182.